# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DIXIE GRIFFITH,** *et al.*,

      **Plaintiffs,**

vs.                                                   Case No.: 2:17-cv-763
                                                     JUDGE GEORGE C. SMITH
                                                     Magistrate Judge Vascura

**TRACTOR SUPPLY COMPANY,** *et al.*,

      **Defendants.**

## ORDER

On April 4, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be dismissed without prejudice against Defendant John Doe for failure to timely effect service of process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (*See Report and Recommendation*, Doc. 17). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process against Defendant John Doe only.

The Clerk shall remove Document 17 from the Court's pending motions list.

      **IT IS SO ORDERED**.

                                                         */s/ George C. Smith*
                                                         **GEORGE C. SMITH, JUDGE**
                                                         **UNITED STATES DISTRICT COURT**