# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DIXIE GRIFFITH,** *et al.*,

    **Plaintiffs,**

vs.

    Case No.: 2:17-cv-763
    **JUDGE GEORGE C. SMITH**
    **Magistrate Judge Vascura**

**TRACTOR SUPPLY COMPANY,** *et al.*,

    **Defendants.**

## ORDER

On December 20, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the Court dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. (*See* Doc. 39). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Clerk shall remove Document 39 from the Court's pending motions list and close this case.

    **IT IS SO ORDERED**.

    */s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**